UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| MICHAEL TAFFARO,<br><br>      Plaintiff,<br>     v.<br><br>BOROUGH OF RIDGEFIELD, ANTHONY SUAREZ, | Civil Action No. 09-4680 (KSH)<br><br>**ORDER** |

**Katharine S. Hayden, U.S.D.J.**

For the reasons expressed in the Opinion filed herewith,

It is on this 31st day of March 2011,

**ORDERED** that defendants' motions for summary judgment [D.E. 11 and 12] as to plaintiff's federal claims in counts five and six of the amended complaint [D.E. 1] are **granted**. The Court declines to exercise supplemental jurisdiction and **dismisses** the complaint.

The Clerk of the Court is directed to close this file.

/s/ Katharine S. Hayden<br>Katharine S. Hayden, U.S.D.J.

March 31, 2011